

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Damien Dubree Smith,

\* From the 161st District Court
of Ector County,
Trial Court No. B-21-0191-CR.

Vs. No. 11-21-00269-CR

\* July 7, 2023

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the "Statute for Offense" for which Appellant was convicted is "Texas Penal Code § 19.02(b)(3), (c)." As modified, we affirm the judgment of the trial court.